QUIN DENVIR, Bar #49374
Federal Defender
Melody M. Walcott, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LUIS MANUEL RODRIGUEZ-LARA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:03cr5101OWW |
| Plaintiff, | PROPOSED ORDER |
| v. | |
| LUIS MANUEL RODRIGUEZ-LARA, | Time: |
| Defendant. | Judge: Hon. Oliver W. Wanger |

**PROPOSED ORDER**

**UPON CONSIDERATION** of defendant's request for time for research in the law library at Fresno County Detention Facility,

IT IS ORDERED that the request for time in the library at Fresno County Detention Facility is **GRANTED**, to the extent the time is in accordance with the facility's rules and regulations regarding detainee access.

Dated: November _23_, 2005       /s/Oliver W. Wanger
                                 OLIVER W. WANGER
                                 U.S. District Court Judge